# THE

# CRIMINAL RECORDER.

## The People *vs.* M'Lane.

THE prisoner was put to the box, and arraigned on an indictment, charging him with having in his possession two $3 Bank bills, of the Bank at Morris, in New Jersey, with intention to pass them : to which indictment he plead not guilty.

*Price*, his counsel, was not ready for trial.

*Maxwell, District Attorney*, moved the Court that the prisoner file additional bail for his appearance from day to day, or that he be committed to await his trial.

*Price* objected ; he contended that the matter had been investigated below by respectable magistrates, and after a full hearing, they had fixed the bail at $300 ; that they were the officers appointed by law to take bail ; they examined the prisoner ; they were better acquainted with his case, and what amount of bail he ought to find, than Judges sitting in a Court of Sessions could possibly be supposed to be : and that the Court ought not to interfere in such a case.

*Maxwell* replied that the practice of the Court had been otherwise, and cited ——— ——— case. —City Hall Recorder, vol.—page —.

The Court were unanimous that they had the power to increase the bail, and decided that the prisoner should find

NEW-YORK, Oct. 1822.

an additional surety, to be recognised in $300 for his appearance from day to day.